NOVEMBER 19, 1970

No. 890. ADKINS *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 20, 1970

No. ——. CITIZENS TO PRESERVE OVERTON PARK, INC., ET AL. *v.* VOLPE, SECRETARY, DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 6th Cir. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, set for argument on Monday, December 7. Typewritten briefs shall be filed by Thursday, December 3.

NOVEMBER 23, 1970

No. 631. SOUTHERN PACIFIC TRANSPORTATION Co. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Colo.